IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:11-cr-00425-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    FRANCISCO FRANCO-OROZCO,

    Defendant.

---

## ORDER DISMISSING INDICTMENT

---

THIS MATTER coming before the Court upon motion of the government to dismiss the Indictment, and the Court having considered the same,

IT IS HEREBY ORDERED that the Indictment is dismissed with prejudice on the government's motion, this 7th day of December, 2011.

BY THE COURT:

_____
MAGISTRATE JUDGE MICHAEL J. WATANABE  E. HEGARTY
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO